JAMES L. LOWRY, as Executor, etc., Appellant, *v.* EDWARD J. WOOLSEY, Impleaded, etc., Respondent.*

(Argued April 17, 1895; decided May 3, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 10. 1894, which affirmed a judgment in favor of defendant entered upon the report of a referee.

*Alex. Thain* for appellant.

*W. W. Culver* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

* Reported below, 83 Hun, 257.